IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MLB PLAYERS, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DRAFTKINGS, INC.**, *f/k/a DK Crown Holdings Inc.*, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 24-4884-KSM |

## ORDER

**AND NOW**, this 1st day of October, 2024, upon consideration of Defendant DraftKing Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint (Doc. No. 16), it is **ORDERED** that the motion is **GRANTED**. Defendant DraftKing Inc. shall file its response to Plaintiff's Complaint by **November 4, 2024.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.