UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MLB PLAYERS INC.,** *Plaintiff,* v. **DRAFTKINGS, INC., f/k/a DK CROWN HOLDINGS INC. and BET365 GROUP LIMITED,** *Defendants*. | CIVIL ACTION No. 24-4884-KSM |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____ 2025, upon consideration of the Defendants' motions to dismiss, *see* ECF Nos. 34 and 36, along with Plaintiff's opposition thereto, it is **ORDERED** that Defendants' motions are **DENIED**.

_____
KAREN SPENCER MARSTON, J.