IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLB PLAYERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRAFTKINGS, INC., *f/k/a DK Crown Holdings Inc.*, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 24-4884-KSM |

## ORDER

**AND NOW**, this 13th day of January, 2025 it is **ORDERED** that the Court shall hold **ORAL ARGUMENT** on Defendants' motions to dismiss (Doc. Nos. 34, 36) on **January 28, 2025 at 2:00 p.m. in Courtroom TBD.**[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] The Court will enter a notice on the docket identifying the courtroom closer to the conference.