**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MLB PLAYERS INC.,** | CIVIL ACTION |
| *Plaintiff*, | No. 24-4884-KSM |
| v. | |
| **DRAFTKINGS, INC., f/k/a DK CROWN HOLDINGS INC. and BET365 GROUP LIMITED,** | |
| *Defendants*. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANT BET365 GROUP LIMITED**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MLB Players Inc. hereby voluntarily dismisses with prejudice its claims against Defendant bet365 Group Limited, and only those claims. *See Noga v. Fulton Fin. Corp. Emp. Benefit Plan*, 19 F.4th 264, 271 n.3 (3d Cir. 2021) ("Rule 41(a) provides a mechanism for a plaintiff to voluntarily dismiss an entire lawsuit, and this Circuit also recognizes that the rule allows a party to voluntarily dismiss all of its claims against a particular party."). Defendant bet365 Group Limited has not served an answer or moved for summary judgment.

Dated: March 17, 2025

By:   */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David L. Greenspan (*pro hac vice*)
dgreenspan@winston.com
Robert S. Pannullo (*pro hac vice*)

rpannullo@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4700

Diana H. Leiden (*pro hac vice*)
dhleiden@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

By: ___*/s/ Peter Leckman*___

Peter Leckman (PA Id. 312076)
pleckman@langergrogan.com
Howard Langer (PA Id. 25403)
hlanger@langergrogan.com
Mary Catherine Roper (PA Id. 71107)
Mroper@langergrogan.com
Kevin Trainer (PA Id. 326064)
ktrainer@langergrogan.com
LANGER GROGAN & DIVER P.C.
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Counsel for Plaintiff MLB Players Inc.*