IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MLB PLAYERS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DRAFTKINGS, INC.**, *f/k/a DK Crown Holdings Inc.*, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 24-4884-KSM** |

## ORDER

**AND NOW**, this 24th day of April, 2025 it is **ORDERED** that the Court shall hold **ORAL ARGUMENT** on Defendant's Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and for Stay Pending Acceptance of Appeal (Doc. No. 60) on **April 30, 2025, at 1:00 p.m. in Courtroom 16B.**[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] The motion asks this Court to certify four questions for appeal. (*See* Doc. No. 60 at 1–2.) Defense counsel should be prepared to discuss whether and to what extent each question was: (1) previously raised as part of briefing on the motion to dismiss, and (2) resolved by the Court in its prior Memorandum.