# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MLB PLAYERS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **DRAFTKINGS, INC.**, *f/k/a DK Crown Holdings Inc.*, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 24-4884-KSM** |

## ORDER

**AND NOW**, this 28th day of April, 2025 it is **ORDERED** that the **ORAL ARGUMENT** previously scheduled for April 30, 2025 at 1:00 p.m. is **RESCHEDULED** for **April 30, 2025 at 11:30 a.m. in Courtroom 16B.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.