# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MLB PLAYERS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DRAFTKINGS, INC.,** *f/k/a DK Crown Holdings Inc.*,<br><br>Defendant. | **CIVIL ACTION**<br><br>No. 24-4884-KSM |

## ORDER

**AND NOW** this 21st day of May, 2025, upon consideration of Defendant's Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and for Stay Pending Acceptance of Appeal (Doc. No. 60), Plaintiff's opposition brief (Doc. No. 61), Defendant's reply brief (Doc. No. 62), and the arguments of counsel at oral argument on April 30, 2025, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON**