May 30, 2025

<u>VIA ECF</u>

Honorable Karen Spencer Marston
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 16613
Philadelphia, PA 19106

    Re:    *MLB Players Inc. v. DraftKings Inc.*, No. 2:24-cv-04884-KSM

Dear Judge Marston:

    Pursuant to the Court's May 27, 2025 Scheduling Order (Dkt. 70), Plaintiff MLB Players Inc. and Defendant DraftKings Inc. hereby notify the Court that they have agreed to set aside August 1, 2025 – October 15, 2025 for the substantial completion of party depositions. This window begins roughly 3 weeks after the parties' agreed-upon deadline for the substantial completion of their document productions (July 11, 2025). The parties will notify their employees identified in either side's Initial Disclosures that depositions will be conducted during this period.

    Respectfully Submitted,

| | |
|---|---|
|   */s/ Jeffrey L. Kessler* |   */s/ Megan K. Bannigan* |
| Counsel for Plaintiff MLB Players Inc. | Counsel for Defendant DraftKings Inc. |
| | |
| Jeffrey L. Kessler (*pro hac vice*) | Megan K. Bannigan (*pro hac vice*) |
| jkessler@winston.com | David H. Bernstein (*pro hac vice*) |
| David L. Greenspan (*pro hac vice*) | Jared I. Kagan (*pro hac vice*) |
| dgreenspan@winston.com | Jacob Hochberger (*pro hac vice*) |
| Robert S. Pannullo (*pro hac vice*) | **DEBEVOISE & PLIMPTON LLP** |
| rpannullo@winston.com | 66 Hudson Boulevard |
| **WINSTON & STRAWN LLP** | New York, New York 10001 |
| 200 Park Avenue | (212) 909-6000 |
| New York, NY 10166-4193 | mkbannigan@debevoise.com |
| Telephone: (212) 294-4700 | dhbernstein@debevoise.com |
| | jikagan@debevoise.com |
| Diana H. Leiden (*pro hac vice*) | jhochberger@debevoise.com |
| dhleiden@winston.com | |
| **WINSTON & STRAWN LLP** | Barry L. Cohen (PA Id. 68864) |
| 333 S. Grand Avenue | Julie M. Latsko (PA Id. 315782) |
| Los Angeles, CA 90071-1543 | **ROYER COOPER COHEN** |
| Telephone: (213) 615-1700 | **BRAUNFELD LLC** |
| | Two Logan Square |
| Peter Leckman (PA Id. 312076) | 1717 Arch Street, 47th Floor |
| pleckman@langergrogan.com | Philadelphia, PA 19103 |

1

| | |
|---|---|
| Howard Langer (PA Id. 25403) | Tel: (484) 362-2628 |
| hlanger@langergrogan.com | Fax: (484) 362-2630 |
| Mary Catherine Roper (PA Id. 71107) | bcohen@rccblaw.com |
| Mroper@langergrogan.com | jlatsko@rccblaw.com |
| Kevin Trainer (PA Id. 326064) | |
| ktrainer@langergrogan.com | |

**LANGER GROGAN & DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703