July 10, 2025

**VIA ECF**

Honorable Karen Spencer Marston
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 16613
Philadelphia, PA 19106

      Re:    *MLB Players Inc. v. DraftKings Inc.*, No. 2:24-cv-04884-KSM

Dear Judge Marston:

      On May 30, 2025, Plaintiff MLB Players Inc. and Defendant DraftKings Inc. (the "Parties") notified the Court that they had agreed to set aside August 1, 2025 – October 15, 2025 for the substantial completion of party depositions and that the Parties had agreed upon a substantial completion of document production date of July 11, 2025. ECF No. 71.

      The Parties hereby jointly notify the Court that they have been engaged in discussions to resolve this dispute and, in an effort to facilitate those continued discussions, agreed to extend their deadline for the substantial completion of document production to July 25, 2025. The Parties expect to be able to complete party depositions by October 15, 2025 and do not anticipate this extension will impact the Parties' ability to meet the Court's deadlines as stated in the Scheduling Order, ECF No. 70.

      If the Parties anticipate requiring additional time, they will jointly notify the Court prior to July 25, 2025.

                                                        Respectfully Submitted,

| | |
|---|---|
| __/s/ *Jeffrey L. Kessler*__ | __/s/ *Megan K. Bannigan*__ |
| Counsel for Plaintiff MLB Players Inc. | Counsel for Defendant DraftKings Inc. |

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
David L. Greenspan (*pro hac vice*)
dgreenspan@winston.com
Robert S. Pannullo (*pro hac vice*)
rpannullo@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4700

Diana H. Leiden (*pro hac vice*)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Peter Leckman (PA Id. 312076)
pleckman@langergrogan.com
Howard Langer (PA Id. 25403)
hlanger@langergrogan.com
Mary Catherine Roper (PA Id. 71107)
Mroper@langergrogan.com
Kevin Trainer (PA Id. 326064)
ktrainer@langergrogan.com
**LANGER GROGAN & DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Megan K. Bannigan (*pro hac vice*)
David H. Bernstein (*pro hac vice*)
Jared I. Kagan (*pro hac vice*)
Jacob Hochberger (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
mkbannigan@debevoise.com
dhbernstein@debevoise.com
jikagan@debevoise.com
jhochberger@debevoise.com

Barry L. Cohen (PA Id. 68864)
Julie M. Latsko (PA Id. 315782)
**ROYER COOPER COHEN BRAUNFELD**
Two Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
Tel: (484) 362-2628
Fax: (484) 362-2630
bcohen@rccblaw.com
jlatsko@rccblaw.com