August 25, 2025

**VIA ECF**

Honorable Karen Spencer Marston
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 16613
Philadelphia, PA 19106

      Re:    *MLB Players Inc. v. DraftKings Inc.*, No. 2:24-cv-04884-KSM

Dear Judge Marston:

      Plaintiff MLB Players Inc. and Defendant DraftKings Inc. (the "Parties") respectfully submit this joint status report, pursuant to the Court's July 25, 2025 Order (ECF No. 77). The Parties have made substantial progress in their settlement discussions with the benefit of the 30-day stay granted in the Court's July 25, 2025 Order, and anticipate finalizing a settlement in principle prior to August 29, subject to a mutually agreeable and executed finalized document.

      Accordingly, the parties respectfully request that the Court continue the current stay through the upcoming settlement conference, scheduled for this Friday, August 29, 2025. In the event the Parties do not reach a settlement by August 29, they will be prepared to discuss the matter at the settlement conference on that date.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeffrey L. Kessler* | */s/ Megan K. Bannigan* |
| Counsel for Plaintiff MLB Players Inc. | Counsel for Defendant DraftKings Inc. |
| | |
| Jeffrey L. Kessler (*pro hac vice*) | Megan K. Bannigan (*pro hac vice*) |
| jkessler@winston.com | David H. Bernstein (*pro hac vice*) |
| David L. Greenspan (*pro hac vice*) | Jared I. Kagan (*pro hac vice*) |
| dgreenspan@winston.com | Jacob Hochberger (*pro hac vice*) |
| Robert S. Pannullo (*pro hac vice*) | **DEBEVOISE & PLIMPTON LLP** |
| rpannullo@winston.com | 66 Hudson Boulevard |
| **WINSTON & STRAWN LLP** | New York, New York 10001 |
| 200 Park Avenue | (212) 909-6000 |
| New York, NY 10166-4193 | mkbannigan@debevoise.com |
| Telephone: (212) 294-4700 | dhbernstein@debevoise.com |

Diana H. Leiden (*pro hac vice*)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Peter Leckman (PA Id. 312076)
pleckman@langergrogan.com
Howard Langer (PA Id. 25403)
hlanger@langergrogan.com
Mary Catherine Roper (PA Id. 71107)
Mroper@langergrogan.com
Kevin Trainer (PA Id. 326064)
ktrainer@langergrogan.com
**LANGER GROGAN & DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

jikagan@debevoise.com
jhochberger@debevoise.com

Barry L. Cohen (PA Id. 68864)
Julie M. Latsko (PA Id. 315782)
**ROYER COOPER COHEN BRAUNFELD**
Two Logan Square
1717 Arch Street, 47th Floor
Philadelphia, PA 19103
Tel: (484) 362-2628
Fax: (484) 362-2630
bcohen@rccblaw.com
jlatsko@rccblaw.com