**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MLB PLAYERS, INC.,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**DRAFTKINGS, INC.**, *f/k/a DK Crown Holdings Inc.*, et al.,<br><br>    Defendants. | **CIVIL ACTION**<br><br><br>**NO. 24-4884-KSM** |

<u>**ORDER**</u>

**AND NOW**, this 29th day of April, 2026, upon consideration of the parties' Stipulation and Proposed Order of Voluntary Dismissal with Prejudice (Doc. No. 80), it is **ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.